UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   __CV 22-5372-MWF (JCx)__                                    Date: __October 03, 2022__

Title       __Latanya Williams v. Nicanor Lopez et al, as Trustees of the Lopez Family Trust__

Present: The Honorable:     __MICHAEL W. FITZGERALD, United States District Judge__

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   On September 29, 2022, Defendants Nicanor Lopez and Fortunata Lopez, as Trustees of the Lopez Family Trust, filed their Answer as pro se defendants. (Docket No. 14).

   Individual litigants may represent themselves pro se, but trusts must be represented by counsel.  *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697–98 (9th Cir. 1987).

   In other words, Defendants need to be represented by a lawyer.  For now, the Court will allow the Answer to stand to prevent an immediate default.  However, if a lawyer does not enter the action for Defendants or if some exception to the general rule isn't shown – which the Court doubts exists – then the Answer will be stricken and Plaintiff will be directed to obtain entry of default by the Clerk and then entry of default judgment by this Court.

   Accordingly, the Court **ORDERS** Defendants to show cause, in writing, on or before **November 7, 2022**, why the Answer should not be stricken.  The appearance of a lawyer for Defendants will be a sufficient response to discharge the Order to Show Cause.  In other words, the Court is giving Defendants a month to find a lawyer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  __CV 22-5372-MWF (JCx)__                                       Date:  October 03, 2022

Title        __Latanya Williams v. Nicanor Lopez et al, as Trustees of the Lopez Family Trust__

IT IS SO ORDERED.


## Pro Se Clinic

The Court may not provide advice to any party, including persons who are not represented by a lawyer.  (Such persons are known as "pro se litigants.")  However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  Public Counsel's Federal Pro Se Clinic provides free legal assistance to people representing themselves in the United States District Court for the Central District of California.  The Pro Se Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012.

The Los Angeles Clinic operates by appointment only.  You may schedule an appointment either by calling the Clinic or by using an internet portal.  You can call the clinic at (213) 385-2977, ext. 270, or you can submit an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles.

Clinic staff can respond to many questions with a telephonic appointment or through your email account.  It may be more convenient to email your questions or schedule a telephonic appointment.  Staff can also schedule you for an in-person appointment at their location in the Roybal Federal Building and Courthouse.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-5372-MWF (JCx)**                                   Date:  October 03, 2022

Title        **Latanya Williams v. Nicanor Lopez et al, as Trustees of the Lopez Family Trust**

    The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

    ELECTRONIC DOCUMENT SUBMISSION SYSTEM (EDSS):  The Clerk's Office has created the Electronic Document Submission System (EDSS) which will allow pro se litigants to submit documents for filing through an online portal, in lieu of submission by U.S. mail or in-person at Civil Intake.  EDSS is a document delivery system; documents submitted through EDSS are **not** automatically uploaded on CM/ECF.  Pro se litigants may submit documents in PDF format for review and filing by the Clerk's Office.  For more information and to access EDSS, go to https://apps.cacd.uscourts.gov/edss.

    Pro se litigants may also apply to the Court for permission to electronically file.  Form CV-005 is available at http://www.cacd.uscourts.gov/court-procedures/forms.

    The Court's website home page is http://www.cacd.uscourts.gov.